Cir. Application for bail, addressed to JUSTICE BRENNAN and referred to the Court, denied. Certiorari denied.

No. 86–5809. POINDEXTER v. FEDERAL BUREAU OF INVESTIGATION. C. A. D. C. Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 85–7111. PEEK v. KEMP, WARDEN, *ante*, p. 939;
No. 86–139. CITY OF NEWPORT, KENTUCKY, ET AL. v. IACOBUCCI, DBA TALK OF THE TOWN, ET AL., *ante*, p. 92;
No. 86–277. WALKER v. ILLINOIS, *ante*, p. 995;
No. 86–404. WHALEY v. UNITED STATES, *ante*, p. 962;
No. 86–424. STICH v. STICH, *ante*, p. 946;
No. 86–474. CLISSURAS v. CITY OF NEW YORK ET AL., *ante*, p. 933;
No. 86–5320. MILLER v. CALIFORNIA, *ante*, p. 989;
No. 86–5410. SINGLETON v. FREY, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER, *ante*, p. 934;
No. 86–5414. IN RE MAGOON, *ante*, p. 928;
No. 86–5448. IN RE PARRISH, *ante*, p. 928;
No. 86–5456. ELY v. MORE THAN 20 FBI AGENTS ET AL., *ante*, p. 1009;
No. 86–5493. ZAKY v. UNITED STATES VETERANS ADMINISTRATION ET AL., *ante*, p. 937;
No. 86–5529. CHAMBERS v. INDUSTRIAL COMMISSION OF ILLINOIS ET AL., *ante*, p. 952;
No. 86–5547. IN RE JOHL, *ante*, p. 947; and
No. 86–5559. BUTLER v. TEXAS, *ante*, p. 946. Petitions for rehearing denied.

No. 85–1887. FENNELL v. WARNER LAMBERT CO., *ante*, p. 817;
No. 85–6052. AUGUSTYNIAK v. CITY OF NEW YORK ET AL., 475 U. S. 1027;
No. 85–7012. ROBERTS v. MACKEY ET AL., *ante*, p. 836;
No. 85–7146. YOUNGS-SETTLE v. ANDERSON, *ante*, p. 843;
No. 86–5136. MISSIRLIAN v. HUNTINGTON MEMORIAL HOSPITAL, *ante*, p. 862; and
No. 86–5166. LIRA v. UNITED STATES, *ante*, p. 863. Petitions for rehearing denied. JUSTICE SCALIA took no part in the consideration or decision of these petitions.